

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-12-00808-CV

**G.G. MEDICAL, INC.,**
Appellant

v.

Shawn **ROSENBAUM**, Individually and as Heir At Law of Diane Rosenbaum and as Guardian
and Next Friend of Thomas Rosenbaum, a Minor, and Thomas Rosenbaum, Individually and as
Heir At Law of Diane Rosenbaum,
Appellees

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2009-CI-01757
Honorable John D. Gabriel, Jr., Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, this appeal is REINSTATED on the docket of this court. The parties' joint motion to dismiss is GRANTED. The judgment of the trial court is REVERSED without regard to the merits, and the cause is REMANDED for the entry of a judgment in conformity with the parties' settlement agreement. Costs of appeal are taxed against the parties who have incurred them.

SIGNED July 31, 2013.

_____
Patricia O. Alvarez, Justice